IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wellington, Mary Y | Case Number: 06 B 10936 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 9/1/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 21, 2008
Confirmed: January 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,306.92 | |
| Secured: | | 4,809.85 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,162.00 |
| Trustee Fee: | | 335.07 |
| Other Funds: | | 0.00 |
| Totals: | 6,306.92 | 6,306.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Milton A Tornheim Ltd | Administrative | 2,204.00 | 1,162.00 |
| 2. | Americredit Financial Ser Inc | Secured | 6,646.00 | 4,809.85 |
| 3. | Americredit Financial Ser Inc | Unsecured | 0.10 | 0.00 |
| 4. | T Mobile USA | Unsecured | 95.34 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 79.10 | 0.00 |
| 6. | Aspire Visa | Unsecured | 282.19 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 190.70 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 107.87 | 0.00 |
| 9. | Town of Cicero | Priority | | No Claim Filed |
| 10. | Town of Cicero | Priority | | No Claim Filed |
| 11. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 12. | CCA | Unsecured | | No Claim Filed |
| 13. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | Central States | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | American Credit Financial Services | Unsecured | | No Claim Filed |
| 19. | Credit Systems Inc | Unsecured | | No Claim Filed |
| 20. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 21. | Cingular Wireless | Unsecured | | No Claim Filed |
| 22. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 23. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | Trust Receivable Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wellington, Mary Y | Case Number: 06 B 10936 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 9/1/06 |

| | | | | |
|---|---|---|---|---|
| 26. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 27. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 28. | Superior Asset Management | Unsecured | | No Claim Filed |
| 29. | TCF Bank | Unsecured | | No Claim Filed |
| 30. | Sure Check Brokerage | Unsecured | | No Claim Filed |
| 31. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |

$ 9,605.30          $ 5,971.85

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 80.97 |
| 5.4% | 226.80 |
| 6.5% | 27.30 |
| | $ 335.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

